**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Z.B.,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

No. 5:26-CV-06412-DSR

**ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS AND ORDERING IMMEDIATE RELEASE**

On October 28, 2026, Petitioner Z.B. ("Petitioner"), a noncitizen presently detained in the custody of U.S. Immigration and Customs Enforcement ("ICE"), initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") challenging his ongoing detention as violative of the Constitution or laws or treaties of the United States. See Doc. No. 1. The Petition names as Respondents the Warden of the Adelanto ICE Processing Center where Petitioner is presently detained, the Secretary of the Department of Homeland Security, the Attorney General of the United States, the Director of ICE, and the Director of the Los Angeles Field Office of ICE's Enforcement and Removal Operations division, and the Department of Homeland Security itself (collectively "Respondents"). Id.

Petitioner seeks a Writ of Habeas Corpus ordering Respondents to release Petitioner from immigration custody subject to the conditions in place prior to his unlawful arrest and re-detention on September 10, 2025. Id. at prayer ¶ d. He

further seeks a permanent injunction prohibiting his re-detention absent compliance with applicable law as well as ten days' notice and pre-deprivation hearing (where Petitioner must be allowed to have counsel present) at which the government bears the burden of demonstrating by clear and convincing evidence the existence of an individualized change in circumstances, flight risk, or danger to the community justifying re-detaining Petitioner. Id. at prayer ¶¶ c-f.

Initially, on October 29, 2026, Petitioner declined to consent under 28 U.S.C. § 636 to have a Magistrate Judge conduct all further proceedings in this case, including trial and entry of judgment. See Doc. No. 4. On October November 7, 2026, however, Petitioner filed a statement of consent to proceed before a United States Magistrate Judge. See Doc. No. 9. On November 9, 2026, the assigned District Judge approved the parties' consent to a Magistrate Judge. See Doc. Nos. 10, 11.

On October 29, 2026, the Clerk of Court served the Petition on Respondents pursuant to General Order No. 26-05, along with a Notice of that General Order. See Doc. No. 6. In the Notice of General Order 26-05, the Court directed Respondents "to show cause why the writ of habeas corpus should not be granted," in an Answer to be filed no later than November 5, 2026. See Doc. No. 6 at ECF pp. 1, 5. Respondents did not file any such Answer and have disregarded entirely the Court's directive that they "show cause why the writ of habeas corpus should not be granted." In addition, Local Rule 7-12 provides that "[t]he failure to file any required document … may be deemed consent to the granting or denial of the motion[.]" The Court deems Respondents' failure to file an Answer to the Petition in this case, despite having notice of their obligation to do so and an opportunity to comply, to be their consent to granting the relief sought in the Petition for Writ of Habeas Corpus.

The Court therefore finds that Petitioner is presently in custody of Respondents in violation of the Constitution or laws or treaties of the United

States; thus, a Writ of Habeas Corpus should issue pursuant to 28 U.S.C. § 2241 compelling his immediate release.

IT IS THEREFORE ORDERED that:

(A) Respondents shall immediately release Petitioner **Z.B. (A No. 047-144-875)** from immigration custody subject only to any conditions of release in place prior to his September 10, 2025, re-detention, as well as return any personal property and documents seized from him at the time of his detention.

(B) Respondents are enjoined from re-detaining Petitioner absent compliance with applicable law.

(C) Respondents shall provide Petitioner with a copy of this Order at or near the time of release.

(D) Within two days of the date of this Order, Respondents shall file with the Court a status report confirming Petitioner's release.

The Court will issue Judgment consistent with this Order.

**IT IS SO ORDERED.**

DATED: November 12, 2026

Dan Roberts
HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE